UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 05-8990 ABC (PLAx) | Date | February 15, 2006 |
| Title | Michael Kenneth Paul Edwards, et al. v. City of Long Beach | | |

Present: The Honorable    Audrey B. Collins

| Daphne Alex | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:    Attorneys Present for Defendant:

None Present    None Present

**Proceedings:**    DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM (In Chambers)

On January 26, 2006, Defendant filed a Motion to Dismiss Complaint for Failure to State a Claim. Rather than oppose the Motion, Plaintiffs filed a First Amended Complaint. Accordingly, the Motion to Dismiss is DENIED as moot.

Initials of Preparer   D.A

DOCKETED ON CM
FEB 15, 2006
BY ____ 151