ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
SAMANTHA W. ZUTLER (SBN 238514)
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

JOANN E. VICTOR (SBN 121891)
jvictor@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Ave. #1670
Los Angeles, CA 90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
City of Long Beach

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KENNETH PAUL EDWARDS, for and on behalf of himself, other employees similarly situated and the general public; A.G. MEGAS, for and on behalf of himself, other employees similarly similarly situated and the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LONG BEACH; DOE one through 10, inclusive,<br><br>    Defendants. | Case No.: CV05-8990 GW (PLAx)<br>Consolidated with SACV07-954 JVS (ANx)<br><br>~~[PROPOSED]~~<br><br>**STIPULATION AND ORDER TO CONSOLIDATE ACTIONS**<br><br>BY FAX |
| DAVID FARIS, DOUGLAS BACON and DOUGLAS JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs, | |

---

Stipulation and Order for Consolidation     1     Case No. CV05-8990 ABC

v.

CITY OF LONG BEACH; and DOES 1 through 10, inclusive,

        Defendants.

## INTRODUCTION

The two above-captioned cases involve common or related questions of law and fact. Each case is brought by plaintiffs employed by the City of Long Beach ("the City") in its Police Department. Each case asserts that the City has failed to comply with the Fair Labor Standards Act ("FLSA"), and various State wage and hour laws. As described herein, the parties have agreed: to consolidate these cases in order to promote the efficient and just disposition of these matters.

Accordingly, the parties make these stipulations, by and through their respective attorneys of record.

## RECITALS

1. The *Edwards* Litigation: On or around December 29, 2005, an action was filed in United States District Court entitled *Michael Kenneth Paul Edwards, et al. vs. City of Long Beach, et al.*, USDC No. CV05-8990 GW. Originally assigned to the Honorable Audrey Collins, the case was reassigned and is now pending before the Honorable George H. Wu.

2. The *Faris* Litigation: On or around August 14, 2007, an action was filed in United States District Court entitled *David Faris, et al. vs. City of Long Beach, et al.*, USDC No. SACV07-954 JVS. The *Faris* case was assigned to and is currently pending before the Honorable James V. Selna, Santa Ana Division.

3. The parties desire to enter into a stipulated order for consolidation, pursuant to Federal Rule of Civil Procedure 42(a) on the grounds that, as pleaded, these cases present a significant overlap in law and fact. Consolidation will promote judicial economy and avoid unnecessary costs, and the risk of conflicting rulings.

## CONSOLIDATION OF ACTIONS

4. The parties agree to a complete consolidation of the *Edwards* litigation, and the *Faris* litigation, pursuant to Rule 42(a), Federal Rules of Civil Procedure. The cases will be consolidated under the case first filed – the *Edwards* case. The cases shall hereafter bear the *Edwards* caption (bearing case number CV05-8990 GW) before the Honorable George H. Wu. The *Edwards* matter has been preliminarily certified as a collective action. Plaintiffs have not yet sought a similar determination in the *Faris* matter. Each case will retain its current status in this respect after consolidation, such that *Faris* will not be deemed a collective action unless and until the Court so orders. These actions involve common issues of law and fact. The parties enter into this stipulation to avoid the duplication of evidence and procedures, including discovery procedures, and to promote judicial efficiency and economy.

## RESERVATION OF RIGHTS

5. All parties reserve their rights and defenses with respect to all claims and defenses as they existed before the consolidation, and after the consolidation. For example, the City reserves its rights regarding statutes of limitation that may apply differently to plaintiffs and consenters in *Faris* versus *Edwards*.

DATED: November ___, 2007   Respectfully submitted:

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Arthur A. Hartinger
Attorneys for Defendant
City of Long Beach

Dated: November 15, 2007   CITY OF LONG BEACH, CITY ATTORNEY

By: _____
Belinda R. Mayes
Principal Deputy City Attorney
Attorneys for Defendants in
*Faris, et al. v. City of Long Beach*

DATED: November 15, 2007

By: /s/ Bradley Mathews
Bradley Mathews
Attorneys for Plaintiffs

Dated: November ___, 2007   LAW OFFICES OF HERBERT HAFIF, APC

By: _____
Miguel G. Caballero
Attorneys for Plaintiffs

## ORDER

GOOD CAUSE APPEARING, the Court orders the *Edwards* and *Faris* actions consolidated pursuant to the the parties' stipulation.

DATED: November 27, 2007

/s/ George H. Wu
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

DATED: November ___, 2007        CASTLE, PETERSEN & KRAUSE

By: _____
    Bradley Mathews
    Attorneys for Plaintiffs

Dated: November _15_, 2007       LAW OFFICES OF HERBERT HAFIF, APC

By: _____
    Miguel G. Caballero
    Attorneys for Plaintiffs

## ORDER

GOOD CAUSE APPEARING, the Court orders the *Edwards* and *Faris* actions consolidated pursuant to the the parties' stipulation.

DATED: November ___, 2007

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT