Gregory G. Petersen, Bar No. 77744
*Email: gpetersen@jdtplaw.com*
Roger M. Franks, Bar No. 166172
*Email: rfranks@jdtplaw.com*
Michael J. Fairchild, Bar No. 225946
*Email: mfairchild@jdtplaw.com*
JACKSON, DeMARCO, TIDUS, PETERSEN & PECKENPAUGH
A Law Corporation
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Facsimile: (949) 752-0597

Greg K. Hafif, Bar No. 149515
*Email: ghafif@hafif.com*
Miguel Caballero, Bar No. 110333
*Email: mcaballero@jdtplaw.com*
Law Offices of Herbert Hafif
269 W. Bonita Avenue
Claremont, California 91711
Telephone: (909) 624-1671
Facsimile: (909) 625-7772

Attorneys for Plaintiffs, MICHAEL KENNETH PAUL EDWARDS and A.G. MEGAS, for and on behalf of themselves, other employees similarly situated and the general public

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL KENNETH PAUL EDWARDS and A.G. MEGAS, for and on behalf of themselves, other employees similarly situated and the general public,

Plaintiffs

vs.

CITY OF LONG BEACH; and DOES ONE through 10, inclusive,

Defendants.

CASE NO. CV05-8990 GW (PLAx)

**NOTICE OF ERRATA TO CONSENT TO JOIN ACTION BY JAMES L. DOWDELL**

**TO THE COURT, AND TO EACH PARTY AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the spelling of Mr. Dodwell's last name on the face page of the Consent to Join Action by James L. Dodwell is incorrect. The correct spelling of Mr. Dodwell's last name is Dowdell.

Respectfully submitted,

DATED: February 22, 2008

JACKSON, DeMARCO, TIDUS, PETERSEN & PECKENPAUGH

By: /s/ Michael J. Fairchild

Michael J. Fairchild
Attorneys for Plaintiffs MICHAEL KENNETH PAUL EDWARDS and A.G. MEGAS, for and on behalf of themselves, other employees similarly situated and the general public

# PROOF OF SERVICE

At all time of service I was over 18 years of age and not a party to this action. My business address is 2030 Main St., Suite 1200, Irvine, California, 92614. My telephone number is 949-752-8585. On February 22, 2008, I served the following documents: NOTICE OF ERRATA TO CONSENT TO JOIN ACTION BY JAMES L. DOWDELL

I served the documents on the following person(s):

| | |
|---|---|
| Arthur Hartinger, Esq.<br>Meyers Nave<br>555 12th Street, Suite 1500<br>Oakland, California 94607<br>Phone: (510) 808-2000<br>Fax: (510) 444-1108 | Attorneys for Defendant<br>City of Long Beach |

The documents were served by the following means:

**Notice of Electronic Filing:** The counsel listed above have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 22, 2008, at Irvine, California.

Lindsey A. Bachman

Lindsey A. Bachman