Greg K. Hafif (SBN 149515)
E-mail: ghafif@hafif.com
Fenja Klaus (SBN 224498)
E-mail: fklaus@hafif.com
**LAW OFFICES OF HERBERT HAFIF, APC**
269 W. Bonita Avenue
Claremont, California 91711-4784
Telephone:  (909) 624-1671
Facsimile:  (909) 625-7772

*MADE JS-6*

Attorneys of PLAINTIFFS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KENNETH PAUL EDWARDS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LONG BEACH; DOE ONE through 10, inclusive, <br><br> Defendants. | Case No. CV05-8990-GW(PLAx) <br><br> **JUDGMENT** <br><br><br> Date:  March 22, 2012 <br> Time:   9:00 a.m. <br> Courtroom:  10 |

    This action came on for hearing before the Court on March 22, 2012, before the Honorable George H. Wu, United States District Court Judge presiding, for Final Approval of Settlement and Allocation of Attorney's Fees and Costs.  Having read all the pleadings and evidence submitted, including all objections thereto and all the evidence being fully considered, the issues having been duly heard, and a decision having been duly rendered;

/ / /

/ / /

/ / /

**IT IS ORDERED AND ADJUDGED** as follows:

1. The Court grants the Motion for Final Approval of the action.

2. Defendant, City of Long Beach, is to adhere to and implement the settlement agreement approved by this Court pursuant to its specific terms and conditions.

3. All named Plaintiffs that have timely opted-out of the settlement pursuant to the Court approved Notice shall have sixty (60) days from the effective date of this Judgment to file an individual action. This Judgment shall preserve and/or toll their original statute of limitations beginning from their original opt-in date.

4. The Court approves and awards, and orders Defendant City of Long Beach to pay class counsel attorney's fees and costs in the total amount of $300,000, to be paid and divided amongst class counsel Law Offices of Herbert Hafif, Jackson DeMarco Tidus & Peckenpaugh, and Gregory G. Petersen, individually, as stated within the separately filed and entered Order of the Court as to allocation of attorney's fees and costs.

5. That the action be dismissed with prejudice as to all opt-in Plaintiffs.

Dated:  April 12, 2012

_____
Honorable George H. Wu
United States District Judge